## IN THE UNTIED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: LINDA FITZGERALD WALLACE

CASE NO.: 04-05949-EE
CHAPTER 7

### RULE 3011 LIST OF UNCLAIMED FUNDS
### CLAIMANTS AND AMOUNTS

COMES NOW, Tylvester O. Goss, Trustee, pursuant to Rule 3010(a) and 3011, FRBP,

and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to wit:

| CLAIMANT'S NAME | CLAIMANT'S ADDRESS | AMOUNT |
|---|---|---|
| John M. Stevens c/o Highland Village, LLC | 401 E. Capitol Street, Ste. 310 Jackson, MS 39201-2608 | $3,840.93 |

A true and correct copy of the check reflecting that number 114 was issued to the above-

named creditor is attached hereto and incorporated herein as Exhibit "A".

WHEREFORE, PREMISES CONSIDERED, Tylvester O. Goss, Trustee, respectfully

submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be

received and filed.

RESPECTFULLY SUBMITTED,

TYLVESTER O. GOSS, TRUSTEE

Tylvester O. Goss
Chapter 7 Trustee
1441 Lakeover Road
Jackson, MS 39213
(601) 981-2800
MS. BAR NO. 4920

## CERTIFICATE OF SERVICE

I, TYLVESTER O. GOSS, do hereby certify that I have this date served, via United

States Mail, postage prepaid or by Notice of Electronic Filing via the e-mail address on file with

the Court's CM/ECF system, a true and correct copy of the above and foregoing Rule 3011 List

of Unclaimed Funds, Claimants and Amounts to the following:

    United States Trustee
    100 W. Capitol Street
    Suite 706
    Jackson, MS 39269

    John M. Stevens, III
    P.O. Box 3252
    Ridgeland, MS 39158-3252

    John M. Stevens
    c/o Highland Village, LLC
    401 E. Capitol Street, Ste. 310
    Jackson, MS 39201-2608

    Linda Fitzgerald Wallace
    1271 Stubbs Road
    Terry, MS 39170

This the 11th day of January, 2008.

TYLVESTER O. GOSS



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**

114
1-2 / 210
11
2718

TID #440030
Tylvester O. Goss
1441 Lakeover Road
Jackson MS 39213

| Case | Debtor |
|---|---|
| 04-05949 EE | WALLACE, LINDA FITZGERALD |
| 312083462966 | |

Dividend paid  64.71% on $5,935.00; Claim# 7; Filed: $5,935.00; Reference:

Date    09/19/2007        $ *******3,840.93

~~~Three Thousand Eight Hundred Forty Dollars and 93/100

Pay to the
Order of    JOHN M STEVENS C/O HIGHLAND VILLAGE, LLC
            401 E CAPITOL ST STE 310
            JACKSON MS 39201-2608

Tylvester O. Goss

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈"00000 ⑈⑈4⑈" ⑈:0 2⑈0000 2 ⑈⑈: 3 ⑈ 20 8 3 4 6 2 9 6 6⑈"



EXHIBIT
"A"