UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

|  |  |
|---|---|
| IN RE: | ) Case No. 04-05949 |
| LINDA FITZGERALD WALLACE | )     (Chapter 7) |
| DEBTOR | ) |

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of Highland Village, LLC (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $3,840.93) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Copies to:

Highland Village, LLC c/o Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013

Mitzie Nations, Financial Administrator, U.S. Bankruptcy Court, 100 East Capitol, Suite 100, P. O. Box 2448, Jackson, MS 39225-2448

F:\USERS\10\Bankruptcies\Amer.Prop.Loc.,Inc.-Highland v.Wallace.08\Application for Order Directing Payment of Funds.wpd